**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

---

AMBER REID ,
      Plaintiff,

    vs.

TRANS UNION, LLC and
ATLAS CARS, INC.,
      Defendants.

CASE NO.  3:23-cv-00040-RGJ-CHL
**ELECTRONICALLY FILED**

Judge Rebecca Grady Jennings
Magistrate Judge Colin H. Lindsay

---

**MOTION TO WITHDRAW**
***PRO HAC VICE* ADMISSION OF JOSHUA A. STIERS**

---

Comes now the undersigned counsel for Defendant Trans Union, LLC, and hereby requests that the Court withdraw his pro hac vice admission for Defendant Trans Union, LLC. In support of this Motion, Defendant states as follows:

1.    On April 17, 2023, the Court issued an Order terminating Trans Union, LLC from this case and ordered a new case to be opened. *See* Dkt. No. 21.

2.    Once Trans Union was terminated from this action, the undersigned no longer represented a party in this action.

3.    On April 17, 2023, the Court severed Trans Union from this action and assigned Case No.: 3:23-cv-00188-RGJ-CHL to the case of Amber Reid v. Trans Union, LLC.

4.    On November 6, 2023, a proposed Stipulation of Dismissal of Trans Union, LLC was filed. *See id.,* Dkt. No. 27.

5.    The Court granted and dismissed Defendant Trans Union, LLC, with prejudice on November 8, 2023. *See id.,* Dkt. No. 28.

6.    Trans Union was terminated from both actions prior to 2024.

7.     Therefore, the undersigned's pro hac vice representation of Trans Union in this District was completed either on April 17, 2023 in the instant action, or in the alternative on November 8, 2023 in the severed action.

8.     The undersigned has no need for further notifications from the Court regarding either case.

9.     Nor should the undersigned be required to pay the case renewal fee assessed by the July 14, 2023 General Order 23-11, having been terminated from this action.

10.     Thus, the undersigned requests that the Court issue an Order withdrawing the undersigned's representation pro hac vice and relieving the undersigned of paying the Invoiced Pro Hac Vice Renewal Fee.

WHEREFORE, Defendant Trans Union, LLC respectfully requests that the Court withdraw the pro hac vice admission of Joshua A. Stiers, Esq.

Respectfully submitted,


 s/Joshua A. Stiers
Joshua A. Stiers, Esq. (IN #36560-32)
 (admitted *Pro Hac Vice*)
6880 Diamondleaf Way
Brownsburg, Indiana 46112

*Counsel for Defendant Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **20th day of March, 2024**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| James H. Lawson, Esq.<br>james@lawsonatlaw.com | |

 *s/Joshua A. Stiers*
Joshua A. Stiers, Esq. (IN #36560-32)
 (admitted *Pro Hac Vice*)

*Counsel for Defendant Trans Union, LLC*