**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

---

AMBER REID ,
       Plaintiff,

     vs.

TRANS UNION, LLC and
ATLAS CARS, INC.,
       Defendants.

CASE NO.  3:23-cv-00040-RGJ-CHL
**ELECTRONICALLY FILED**

Judge Rebecca Grady Jennings
Magistrate Judge Colin H. Lindsay

---

**ORDER GRANTING MOTION TO WITHDRAW**
**_PRO HAC VICE_ ADMISSION OF JOSHUA A. STIERS**

---

This cause is before the Court on Motion to Withdraw Pro Hac Vice Admission of Joshua A. Stiers.  The Court, being duly advised, hereby GRANTS said Motion.

Joshua A. Stiers's pro hac vice admission is hereby withdrawn, and Joshua A. Stiers is relieved from liability for the Invoice Pro Hac Vice Renewal Fee.

---

DISTRIBUTION:

| James H. Lawson, Esq.<br>james@lawsonatlaw.com | Joshua A. Stiers, Esq.<br>jstiers@seyfarth.com |
|---|---|